IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARDIS ROY MELTON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:12-CV-1551-P |
| | § | |
| THE UNITED STATES; ALL 50 STATES; | § | |
| U.S. TERRITORIES; ALL LAW ENFORCEMENT | § | |
| AGENCIES OF BOTH THE U.S. GOVERNMENT | § | |
| AND THE STATES AND TERRITORIES, | § | |
| Defendants. | § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 14th day of November, 2012.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE